**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT TOWNSEND** **PLAINTIFF**

**V.** **4:11CV00539 JMM**

**CHICK-FIL-A, INC.** **DEFENDANT**

# JUDGMENT

Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is hereby entered in favor of Defendant and against the Plaintiff. The case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2011.

James M. Moody
United States District Judge